KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00073-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER TO UNSEAL INDICTMENT |
| ALEXANDER TORRES, | |
| Defendant. | |

The United States of America, by and through Kimberly A. Sanchez, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves that the indictment in this case be unsealed and made public record. Defendant has been arrested and, thus, there is no further need for this case to remain sealed.

Dated: July 29, 2025                             KIMBERLY A. SANCHEZ
                                                 Acting United States Attorney

                                                 By: /s/ JEFFREY SPIVAK
                                                     JEFFREY SPIVAK
                                                     Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>ALEXANDER TORRES,<br><br>                Defendant. | CASE NO. 1:25-CR-00073-KES-BAM<br><br>ORDER TO UNSEAL REDACTED INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that indictment in this case be unsealed and be made public record.

DATED: 7/29/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE