KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00073-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION; AND ORDER |
| v. | |
| ALEXANDER TORRES, | |
| Defendant. | |

The parties stipulate and request that the Court modify the travel condition imposed by the Court to reflect the fllowing:

*Travel is restricted to the Eastern District of California. Travel may be expanded within or outside the State of California for work purposes only, at Pretrial Services discretion.*

Pretrial Services has no objection to this modification.

IT IS SO STIPULATED.

Dated: July 30, 2025                          KIMBERLY A. SANCHEZ
                                              Acting United States Attorney

                                              /s/ JEFFREY A. SPIVAK
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney

STIPULATION TO MODIFY PRETRIAL RELEASE
CONDITION                                                        1

Dated: July 30, 2025                              /s/ Michael Aed
                                                  MICHAEL AED
                                                  Counsel for Defendant
                                                  Alexander Torres

**ORDER**

The travel condition in Defendant's Pretrial Release Conditions is modified as follows:

*Defendant's Travel is presently restricted to the Eastern District of California. Travel may be expanded within or outside the State of California* **for work purposes only, with prior permission and at the discretion of Pretrial Services**.

IT IS SO ORDERED.

Dated:   **July 31, 2025**                         */s/ Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE