UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TORRES,<br><br>Defendants. | Case No.: 1:25-CR-00073-KES-BAM<br><br>ORDER |

The court released defendant Alexander Torres from the Southern District of California on a $2,000 cash bond. That court ordered Defendant to report to this court for further proceedings. *See* Transfer Documents, ECF No. 8. On July 25, 2025, this court received a $2,000 cash bond from the transferring district.

The Clerk of Court is ordered to receive these funds into the Court's Registry.

IT IS SO ORDERED.

Dated:   **August 4, 2025**              /s/ *Barbara A. McAuliffe*           
                                                   UNITED STATES MAGISTRATE JUDGE

1