ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00073-KES-EPG-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |
| v. | |
| ALEXANDER TORRES, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for January 28, 2026, at 1:00 p.m. can be continued to March 25, 2026, at 1:00 p.m.  The parties recently learned that the defendant, Alexander Torres, is currently in state custody related to a state criminal proceeding.  Additionally, the parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations.  The parties agree that time shall be excluded through March 25, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

 Dated:  January 27, 2026

 /s/ Michael J. Aed.
 MICHAEL J. AED
 Counsel for Juan Manuel Lopez Garcia

 /s/ Arelis M. Clemente
 ARELIS M. CLEMENTE
 Assistant United States Attorney

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No.  1:25-cr-00073-KES-EPG-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALEXANDER TORRES, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for January 28, 2026, at 1:00 p.m. is hereby continued to March 25, 2026, at 1:00 p.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through March 25, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).


IT IS SO ORDERED.

Dated:    **January 28, 2026**                    /s/ _Eric P. Grosjean_

UNITED STATES MAGISTRATE JUDGE