LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TORRES,<br><br>Defendant. | CASE NO: 1:25-CR-00073 KES EPG<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER |

STIPULATION TO CONTINUE STATUS CONFERNCE

IT IS HEREBY STIPULATED between the parties that the status conference set for March 25, 2026, at 1:00 p.m. can be continued to June 10, 2026, at 1:00 p.m. The parties are aware that that the defendant, Alexander Torres, is currently in state custody related to a state criminal proceeding with a preliminary hearing scheduled for March 25, 2026. Additionally, the parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through June 10, 2026, for

1

Legal Aed
Excellence in Criminal Defense
The Law Offices of Michael J. Aed

purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March 23, 2026

/s/ *Arelis M. Clemente*

Arelis M. Clemente/ Justin Gilio
Assistant United States Attorney

Dated: March 23, 2026

/s/ *Michael J. Aed*

Michael J. Aed
Attorney for Alexander Torres

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 25, 2026, to **June 10, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

**DATED:   March 23, 2026**         /s/ *Erica P. Grosjean*
                              **UNITED STATES MAGISTRATE JUDGE**

Stipulation to Continue Sentencing
1:24-CR-00128

