LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TORRES,<br><br>Defendant. | CASE NO: 1:25-CR-00073 KES EPG<br><br>STIPULATION CONTINUING STATUS CONFERENCE; FINDINGS AND ORDER |

STIPULATION TO CONTINUE STATUS CONFERENCE

IT IS HEREBY STIPULATED between the parties that the status conference set for June 10, 2026, at 1:00 p.m. can be continued to August 26, 2026, at 1:00 p.m. The parties are aware that that the defendant, Alexander Torres, is currently in state custody related to a state criminal proceeding with a trial scheduled for late June 2026. Additionally, the parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through August 26, 2026, for purposes

Stipulation to Continue Sentencing
1:24-CR-00128

of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June 9, 2026

/s/ *Arelis M. Clemente*

Arelis M. Clemente
Assistant United States Attorney

Dated: June 9, 2026

/s/ *Michael J. Aed*

Michael J. Aed
Attorney for Alexander Torres

### FINDINGS AND ORDER

IT IS SO ORDERED that the status conference is continued from June 10, 2026, to **August 26, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO ORDERED.**

**DATED:   June 9, 2026**

/s/ *Erica P. Grosjean*

**UNITED STATES MAGISTRATE JUDGE**

2

Stipulation to Continue Sentencing
1:24-CR-00128

