ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TORRES,<br><br>Defendant. | Case No. 1:25-cr-00073-KES-EPG-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE: ORDER** |

IT IS HEREBY STIPULATED between the parties that the status conference set for August 26, 2026, at 1:00 p.m. can be continued to December 9, 2026, at 1:00 p.m. It is the parties' understanding that the defendant, Alexander Torres, remains in state custody related to a pending state criminal case. In addition, the parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through December 9, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: August 19, 2026

*/s/ Michael J. Aed.*
MICHAEL J. AED
Counsel for Alexander Torres

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>ALEXANDER TORRES,<br>Defendant. | Case No. 1:25-cr-00073-KES-EPG-1<br>ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for August 26, 2026, at 1:00 p.m. is hereby continued to December 9, 2026, at 1:00 p.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through December 9, 2026, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **August 19, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE